UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARREN SENSAT,

    Plaintiff,

v.   Case No. 2:17-cv-12468
    Honorable David M. Lawson
SOUTHWEST AIRLINES CO.   Magistrate David R. Grand
a foreign corporation,

    Defendant.

---

| DRIGGERS SCHULTZ & HERBST P.C. | JAFFE RAITT HEUER & WEISS, P.C. |
|---|---|
| By: Mark Kelley Schwartz (P48058) | Scott R. Torpey (P36179) |
| Attorney for Plaintiff | Timothy J. O'Connell (P79737) |
| 2600 W. Big Beaver Road, Suite 550 | Attorneys for Defendant |
| Troy, Michigan 48084 | 27777 Franklin Road, Suite 2500 |
| (248) 649-6000/(248) 649-6442 (fax) | Southfield, Michigan 48034 |
| mschwartz@driggersschultz.com | (248) 351-3000/(248) 351-3082 (fax) |
| | storpey@jaffelaw.com |
| | toconnell@jaffelaw.com |

---

### DEFENDANT SOUTHWEST AIRLINES, CO.'S SUPPLEMENTAL NON-EXPERT WITNESS LIST

Defendant, SOUTHWEST AIRLINES, CO. ("Southwest"), by and through its attorneys, JAFFE RAITT HEUER & WEISS, P.C., supplements its preliminary non-expert witness list (ECF # 17) as follows:

1.    Darren Sensat
    c/o Driggers, Schultz & Herbst, P.C.
    2600 W. Big Beaver Road, Suite 550
    Troy, Michigan 48084

2. Suzanne Sensat
c/o Driggers, Schultz & Herbst, P.C.
2600 W. Big Beaver Road, Suite 550
Troy, Michigan 48084

3. Jessica Page Thomas
c/o Driggers, Schultz & Herbst, P.C.
2600 W. Big Beaver Road, Suite 550
Troy, Michigan 48084

4. John Cowart
Southwest Captain
c/o Jaffe Raitt Heuer & Weiss, P.C.
27777 Franklin Road, Suite 2400
Southfield, Michigan 48034

5. John Stall
Southwest First Officer
c/o Jaffe Raitt Heuer & Weiss, P.C.
27777 Franklin Road, Suite 2400
Southfield, Michigan 48034

6. Kim Wilburn
Southwest Flight Attendant
c/o Jaffe Raitt Heuer & Weiss, P.C.
27777 Franklin Road, Suite 2400
Southfield, Michigan 48034

7. Mabel Santana
Contracted Station Manager at the Punta Cana International Airport

8. Representatives of AVIAM
Punta Cana Airport
Dominican Republic

9. Representatives of the Punta Cana International Airport
Carretera, Punta Cana, 23000
Dominican Republic

10. Representatives of Servicios Medicos Externos Bavaro, S.R. L. Dominican Republic

11. Harry Kezelian, DPM
    29877 Telegraph Road
    Southfield, MI  48034

12. Harper University Hospital
    Representatives and Custodian of Records
    3990 John R Street
    Detroit, MI  48201

13. Jeffrey G. Cramblett, DPM
    Athens Podiatry Group
    19723 Allen Road, Brownstown, MI  48183
    14835 Telegraph Road, Flat Rock, MI  48134

14. Arbor Foot Clinics
    Representatives and Custodian of Records
    4160 John R, Suite 1012
    Detroit, MI  48201

15. Pennview Medical Clinic
    Representatives and Custodian of Records
    12611 Pennsylvania Road
    Riverview, MI  48192

16. Dr. Aswin Raval
    12611 Pennsylvania Road
    Riverview, Michigan

17. Dr. Francisco Costello
    Southfield, MI

18. Dr. Beaudry
    Trenton, MI

19. Beaumont – Trenton (South Shore) Hospital
    Representatives and Custodian of Records
    Trenton, MI

20. Health Care Physical Therapy
    Representatives and Custodian of Records
    12638 Sibley Road
    Riverview, MI  48193

21. Custodian of Records, Art Van Furniture

22. Custodian of Records, Harper University Hospital

23. Custodian of Records, Athens Podiatry Group

24. Custodian of Records, Arbor Foot Clinic

25. Custodian of Records, Beaumont Trenton South Shore Hospital

26. Custodian of Records, Health Care Physical Therapy

27. Custodian of Records, Pennview Medical Clinic

28. Custodian of Records, Blue Cross Blue Shield of Michigan

29. Any and all passengers on the subject flight who may have knowledge of the events surrounding the alleged incident.

30. All witnesses necessary to authenticate and provide the foundation for the admission of documents produced in the course of this litigation.

31. All necessary rebuttal and/or impeachment witnesses.

32. All witnesses identified during the course of discovery, including but not limited to those identified in any news articles, depositions, answers to interrogatories, or any documents.

33. Any and all individuals necessary to authenticate, interpret, identify, and/or introduce any and all exhibits.

34. To the extent that they are not named individually on this list, all persons with whom any of the witnesses have discussed the subject matter or other facts of the case.

35. Southwest reserves the right to further supplement or amend this disclosure pending the close of discovery for the reason that discovery is ongoing and additional witnesses may become known through the course of discovery.

JAFFE RAITT HEUER & WEISS, P.C.

By: /s/Timothy J. O'Connell
Scott R. Torpey (P36179)
Timothy J. O'Connell (P79737)
Attorneys for Defendant
27777 Franklin Road, Suite 2500
Southfield, Michigan  48034
(248) 351-3000
storpey@jaffelaw.com
toconnell@jaffelaw.com

Dated:  July 19, 2018

## CERTIFICATE OF SERVICE

I, Katherine M. Abrignani, states that I am an employee of Jaffe, Raitt, Heuer & Weiss, P.C., and that on July 19, 2018, I served the foregoing document via the Court's electronic filing system.

/s/Katherine M. Abrignani
Katherine M. Abrignani

5

4163924.v1